IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUKE DYER, | : CIVIL ACTION |
| Plaintiff, | : Case No.:  2:21-cv-1532 |
| v. | : *Electronically Filed and Served via CM/ECF* |
| CONNELLSVILLE HOUSING AUTHORITY; CAROL L. STAINES, Individually and/or as agent for Connellsville Housing Authority; JAMIE VILELLA, Individually and/or as Agent for Connellsville Housing Authority, and; KEN TETIL, Individually and/or as Agent for Connellsville Housing Authority, | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, as the parties have entered into a Settlement Agreement to resolve the above-captioned action.

Respectfully Submitted,

| | |
|---|---|
| **DILLON MCCANDLESS KING COULTER & GRAHAM, LLP** | **SOUTHWESTERN PA LEGAL SERVICES** |
| By: /s/ Jordan P. Shuber | By: /s/ Jaime Milligan |
| Jordan P. Shuber | Jaime C. Milligan |
| PA. I.D. No. 317823 | PA. I.D. No. 208772 |
| 128 West Cunningham St. | 10 West Cherry Avenue |
| Butler, PA 16001 | Washington, PA 15301 |
| jshuber@dmkcg.com | jaime@splas.org |
| | |
| *Counsel for Defendants,* *Connellsville Housing Authority, Carol Staines, Jamie Vilella, and Ken Tetil* | *Counsel for Plaintiff, Luke Dyer* |